478 A.2d 117

Commonwealth v. Martinez, Appellant.

Submitted March 19, 1984. Thomas G. Klingensmith, Assistant Public De-

fender, for appellant; Richard A. Sheetz, Jr., Assistant District Attorney, for appellee.

Affirmed.